ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 1 4 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| QUINCY SMITH<br><br>Plaintiff,<br><br>v.<br><br>THE SYGMA NETWORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No.: _____<br>)<br>) **1:11-CV-1222**<br>)<br>)<br>)<br>) |

-RLV

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE THAT Defendant The Sygma Network, Inc.

("Sygma" or "Defendant"), by and through its attorneys, files this Notice of

Removal to Federal Court. Defendant removes the action filed by Plaintiff Quincy

Smith ("Plaintiff") against Defendant in the Superior Court of Gwinnett County,

State of Georgia (Case No. 11-A-02271-1). The United States District Court for

the Northern District of Georgia has original and supplemental jurisdiction over

this case pursuant to 28 U.S.C. §§ 1331 and 1367. Thus, removal is proper under

28 U.S.C. § 1441, and in accordance with § 1446.

Exhibit A to this Notice of Removal to Federal Court contains a copy of all

process, pleadings and orders served in this action. Exhibit B to this Notice of

Removal to Federal Court is a copy of the Notice to Adverse Parties of Filing of

Notice of Removal to Federal Court (without its attachments). <u>Exhibit C</u> to this

Notice of Removal to Federal Court is a copy of the Notice to State Court of

Removal to Federal Court (without its attachments). In support of removal,

Defendant provides the following:

1.      On or about March 8, 2011, Plaintiff filed a Complaint in the Superior

Court of Gwinnett County, State of Georgia, Case No. 11-A-02271-1 ("Pl.'s

Compl."), alleging the following causes of action against Defendant:

      a.      Count I:  alleged violation of the Family Medical Leave Act, 29

U.S.C. § 2601 *et seq.* ("FMLA") based on alleged events in or about December

2009. *See* Pl.'s Compl., Count I ¶¶ 68-97;

      b.      Count II:  alleged breach of contract, quantum meruit, or

equitable estoppel based on an "employee manual" containing policies, including

policies regarding the FMLA, and the alleged events in or about December 2009.

*See* Pl.'s Compl., Count II ¶¶ 98-106;

      c.      Count III:  alleged negligence based on alleged duties under the

FMLA and the alleged events in or about December 2009. *See* Pl.'s Compl. ¶¶

107-15;

d.    Count IV: alleged gross negligence and negligence per se based on alleged duties under the FMLA and the alleged events in or about December 2009. *See* Pl.'s Compl. ¶¶ 116-23;

e.    Count V: alleged punitive damages based on alleged violations of the FMLA. *See* Pl.'s Compl. ¶¶ 124-26; and

f.    Count VI: alleged attorneys' fees and costs based on the alleged events in or about December 2009 and the FMLA. *See* Pl.'s Compl. ¶¶ 127-31.

2.    Capital Corporate Services, Inc. received the Summons and Complaint on or about March 16, 2011. (*See* Ex. A.)

3.    This Notice of Removal is being filed within thirty (30) days of receipt of the Summons and Complaint and, accordingly, is timely filed pursuant to 28 U.S.C. § 1446(b).

4.    Venue in this action is properly laid in this District pursuant to 28 U.S.C. §§ 90, 1441(a) because the Superior Court is located within this District.

5.    Defendant gives written notice to opposing counsel via service thereon of the Notice to Adverse Parties of Notice of Removal and a copy of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d). (Ex. B.)

6.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy

of the Notice to State Court of Removal to Federal Court and a copy of this Notice

of Removal with the clerk the Superior Court of Gwinnett County, State of

Georgia.  (Ex. C.)

7.      Defendant seeks removal of this action pursuant to 28 U.S.C.

§ 1441(a)-(b) because the Federal district courts have original subject matter

jurisdiction over Count I of Pl.'s Compl. and those Counts which appear to rely

upon the FMLA.[1]  Specifically, Count I of Pl.'s Compl. is brought pursuant to the

FMLA, a federal statute which enforcement provisions allow for suit in any

Federal court of competent jurisdiction.  *See* 29 U.S.C. § 2617(a)(2).  Additionally,

28 U.S.C. § 1331 confers subject matter jurisdiction on the federal courts over

FMLA cases because they arise under the laws of the United States.

8.      Counts II through V of Pl.'s Compl. are removable pursuant to 28

U.S.C. § 1441(c) because they are joined with a claim over which the Federal

district courts have original jurisdiction under 28 U.S.C. § 1331.  Additionally,

Counts II through IV are removable pursuant to 28 U.S.C. § 1367 providing for

---

[1] By removing this action, Defendant does not concede that Plaintiff's other Counts
which appear to rely upon the FMLA are viable claims nor does Defendant
concede that 29 U.S.C. § 2617 creates a separate cause of action for attorneys' fees
and costs, and reserves the right to assert applicable defenses or objections thereto.

supplemental jurisdiction as said Counts are based on allegations involving the

FMLA and the same set of alleged events as Count I, thus forming part of the same

case or controversy under Article III of the United States Constitution.

WHEREFORE, Defendant respectfully removes this action from the

Superior Court of Gwinnett County, State of Georgia, pursuant to 28 U.S.C. §§

1331, 1367, 1441, and 1446.

Respectfully submitted, this _14th_ day of April, 2011.

ASHE, RAFUSE & HILL LLP        Nancy E. Rafuse
1355 Peachtree Street, N.E.         Georgia Bar No. 621717
Suite 500                                    *nancyrafuse@asherafuse.com*
Atlanta, Georgia 30309-3232        Teeka K. Harrison
Telephone: (404) 253-6000           Georgia Bar No. 543115
Facsimile: (404) 253-6060            *teekaharrison@asherafuse.com*

Counsel for Defendant The Sygma
Network, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **QUINCY SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civ. Action No.:** _____ |
| | ) |
| **THE SYGMA NETWORK,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** has been served upon all parties to this action via first-class U.S. mail as follows:

| | |
|---|---|
| Lisa T. Millican, Esq. | Matthew C. Billips, Esq. |
| GREENFIELD MILLICAN, P.C. | BILLIPS & BENJAMIN LLP |
| 607 The Grant Building | One Tower Creek |
| 44 Broad Street, N.W. | 3101 Towercreek Parkway, Suite 190 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30339 |

Counsel for Plaintiff Quincy Smith

This 14th day of April, 2011.

_____
Counsel for Defendant